United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3719SI

_____

United States of America,       *
      *
            Appellee,       *
      *     Appeal from the United States
    v.       *     District Court for the Southern
      *     District of Iowa.
Edward M. Rhone, also known as       *
Sidney Rhone, also known as Zulu,       *       [UNPUBLISHED]
      *
            Appellant.       *

_____

Submitted: April 16, 1998
Filed: April 22, 1998

_____

Before FAGG, JOHN R. GIBSON, and HANSEN, Circuit Judges.

_____

PER CURIAM.

On appeal from the guidelines sentence imposed by the district court, Edward M. Rhone contends the district court improperly increased Rhone's offense level for his managerial role in criminal activity that involved five or more participants. After a careful review of the record, we reject Rhone's contention and conclude an opinion by this court would have no precedential value. We thus affirm Rhone's sentence without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.